CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

March 3, 2017

RE: *Portillo v. Intipuqueno Restaurant*
     PWG-15-3909

## **LETTER ORDER**

Dear Counsel:

This letter order memorializes the conference call held today.

Defendants may file a motion to vacate the default judgment. Plaintiff's Motion for Attorneys' Fees, ECF No. 11, IS DISMISSED without prejudice to refiling, if appropriate, after Defendants' motion to vacate is resolved. Defendants' opposition, ECF No. 12, and its attachments, ECF Nos. 12-1 – 12-8, as well as Plaintiff's reply, ECF No. 14, and its attachments, ECF Nos. 14-1 – 14-3, ARE STRICKEN, given that they pertain to the motion I have dismissed and that they contain irrelevant information that Plaintiff contends "may prejudice her or endanger her." ECF No. 22.

Plaintiff also contends that the contents of Defendants' requests for conferences, ECF Nos. 13, 21, 21-1, "may prejudice her or endanger her." ECF No. 22. The parties shall work together to strike irrelevant material from these filings and to refile these documents without the irrelevant material. ECF Nos. 13, 21 and 21-1 SHALL BE SEALED in the interim.

Defendants may file their motion to vacate the default judgment on or before March 17, 2017, which the parties will brief in accordance with this Court's Local Rules. Defendants' memorandum and Plaintiff's opposition shall not exceed twenty-five pages, and Defendants' reply shall not exceed fifteen pages. Supporting materials shall be filed consistent with the directions given on the conference call today.

Although informal, this is an Order of Court and shall be docketed accordingly.

Sincerely,

/S/

Paul W. Grimm
United States District Judge

lyb