IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| MARINA PORTILLO,<br><br>    Plaintiff,<br><br>v.<br><br>INTIPUQUENO RESTAURANT, *et al.*,<br><br>    Defendants. | Civil Action No.:   8:15-cv-03909-PWG |

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT**
**AND DISMISS ACTION WITH PREJUDICE**

Plaintiff Marina Portillo and Defendants Intipuqueno Restaurant and Telvis Elizabeth Garcia hereby jointly submit this motion to respectfully request that the Court approve the negotiated Settlement Agreement attached to this Motion as Exhibit 1 and dismiss this case with prejudice, and for grounds refer this Court to the attached memorandum.

Dated: August 21, 2018

                                                                   Respectfully submitted,

| | |
|---|---|
|  /s/ Alvaro Llosa<br>Alvaro A. Llosa, Esq. (Bar No. 19334)<br>The Pels Law Firm<br>4845 Rugby Avenue, 3rd FL<br>Bethesda, Maryland 20814<br>301-986-5570<br>301-986-5571 fax<br>allosa@pelslaw.com<br><br>*Counsel for Defendants* |  /s/ Marlene Ailloud<br>Marlene Ailloud, Esq. (Bar No. 18974)<br>Cori Cohen, Esq. (Bar No. 19124)<br>Gilbert Employment Law, P.C.<br>1100 Wayne Avenue, Suite 900<br>Silver Spring, MD 20910<br>T: (301) 608-0880<br>F: (301) 608-0881<br>mailloud@gelawyer.com<br>ccohen@gelawyer.com<br><br>*Counsel for Plaintiff* |

CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Joint Motion to Approve Settlement Agreement and Dismiss Action with Prejudice was served on all parties of record via the Court's ECF system this 21st day of August, 2018.

                                                */s/ Marlene Ailloud*
                                             Marlene Ailloud, Esq. (Bar No. 18974)